UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON JIMENEZ (A-246-060-652),<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE CALIFORNIA CITY DETENTION CENTER,<br><br>Respondent. | No.  1:26-cv-2924 DJC CSK<br><br><br>ORDER |

Petitioner, an immigration detainee proceeding pro se, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 1, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  Petitioner filed a statement of no opposition.  Respondent filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully

1

reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 18) are adopted in full.

2. Respondent's motion to strike or dismiss (ECF No. 9 at 1 n.1) is DENIED.

3. Petitioner's motion for temporary restraining order (ECF No. 2) is DENIED.

4. The petition for writ of habeas corpus (ECF No. 1) is GRANTED.

5. Respondent is ordered to provide petitioner Milton Jimenez (A-246-060-652), with a bond hearing within ten days of the adoption of these findings and recommendations where petitioner has the burden to demonstrate that he is not a flight risk or danger to the community. Petitioner shall be allowed to have his counsel present at the bond hearing. If petitioner is granted release on bond, respondent shall return all of petitioner's documents and possessions to petitioner at the time of release.

6. If respondent fails to provide petitioner a bond hearing within ten days, petitioner shall be immediately released from respondent's custody.  Respondent shall return all of petitioner's documents and possessions to petitioner at the time of release.

7. The Clerk of the Court is directed to enter judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:  **July 9, 2026**

_Daniel J. Calabretta_
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2